**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Richard A. DICKINSON, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 23, 1997.

Cir.1992); *Westmoreland v. Westmoreland, Executrix, and the United States,* 716 F.Supp. 217 (D.S.C.1988); *Carter v. Carter and T–Cas of America, Inc.,* 681 F.Supp. 323 (E.D.Va.1988) and *Nesbitt v. U.S.,* 445 F.Supp. 824 (N.D.Cal.1978).

18. Since we are construing federal statutes, federal law controls. A state cannot impair the standing of federal liens without the consent of Congress. *United States v. City of New Britain,*

Robert J. Reilley, Jr., for Petitioner.

PER CURIAM:

AND NOW, this 23rd day of January, 1997, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court affirming petitioner's conviction under 75 Pa.C.S. § 3731(a)(5) is REVERSED and the judgment of sentence is VACATED on the basis of this Court's opinion in *Commonwealth v. Barud,* 545 Pa. 297, 681 A.2d 162 (1996).